UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LINDA ANN SMITH | CIVIL ACTION NO. 18-cv-1498 |
| VERSUS | CHIEF JUDGE HICKS |
| ANDREW SAUL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed [doc. #14], and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Commissioner's decision to deny benefits is affirmed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of September, 2020.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE